JOHN COX, CASB No. 197687
john.cox@kyl.com
JESSICA LUHRS, CASB No. 284846
jessica.luhrs@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California  94133
Telephone:   (415) 398-6000
Facsimile:    (415) 981-0136

Attorneys for Defendant
JP MORGAN CHASE BANK, N.A.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ST. CLAIR,<br><br>            Plaintiff,<br><br>vs.<br><br>JP MORGAN CHASE BANK, N.A., ET AL.,<br><br>            Defendants. | Case No. 1:13-CV-01317-AWI-BAM<br><br>**STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING; ORDER**<br><br>Barbara A. McAuliffe<br>U.S. Magistrate Judge |

Plaintiff RICHARD ST. CLAIR ("Plaintiff"), on the one hand, and Defendant JPMORGAN CHASE BANK, N.A ("Defendant"), on the other hand, through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on August 20, 2013, Plaintiff filed the instant action in this Court;

WHEREAS, on August 22, 2013, Plaintiff served Defendant with the Complaint;

WHEREAS, Defendant substituted new counsel concurrently with the filing of this stipulation;

WHEREAS, Plaintiff and Defendant previously stipulated and agreed to extend Defendant's due date for the filing of a responsive pleading to October 3, 2013;

WHEREAS, Plaintiff and Defendant are currently conducting further investigation of this matter to determine if a potential early resolution of this matter outside of Court is possible; and

1  WHEREAS, Plaintiff and Defendant have now agreed and stipulated that Defendant may have a thirty (30) day extension of time to November 4, 2013 to file its response to the Complaint.

NOW, THEREFORE, the parties stipulate and agree as follows:

Defendant's response to the Complaint shall be filed and served on or before November 4, 2013.

DATED:  October 3, 2013

JOHN COX
JESSICA LUHRS
KEESAL, YOUNG & LOGAN
Attorneys for Defendant
JP MORGAN CHASE BANK, N.A.

/s/ Charles T. Marshall
(as authorized on October 2, 2013)

DATED:  October 2, 2013

CHARLES T. MARSHALL
LAW OFFICES OF CHARLES T. MARSHALL
Attorney for Plaintiff
RICHARD ST. CLAIR

**ORDER**

Pursuant to the stipulation of the parties and the Court's authority, IT IS HEREBY ORDERED that Defendants JPMORGAN CHASE BANK, N.A. *et al.*, must file its response to Plaintiff's Complaint no later than November 4, 2013.

IT IS SO ORDERED.

Dated: __October 7, 2013__         /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE