# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ST. CLAIR,<br><br>                Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AND U.S. BANK, N.A., AS TRUSTEE FOR WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES, WMALT SERIES 2007-OA3<br><br>                Defendant(s). | CASE NO. 1:13- cv-1317-AWI-BAM<br><br>ORDER ON STIPULATION AND RESETTING MATTER TO JANUARY 24, 2014 |

On October 3, 2013, MERS and U.S. Bank filed a motion to dismiss, and hearing was set for December 16, 2013. On November 4, 2013, JP Morgan Chase filed a motion to dismiss, and hearing was set for January 24, 2014. On November 25, 2013, Plaintiffs and MERS and U.S.

Bank filed a stipulation to move the hearing on their motion to dismiss to December 30, 2013. The Stipulation also included a briefing schedule for an opposition and a reply.

After considering the stipulation and the pending motions, the Court will give partial effect to MERS and U.S. Bank's request.  The Court will vacate the December 16, 2014 hearing and reset the matter to January 24, 2014, so that both pending motions to dismiss will be heard on the same day.  The opposition and reply shall be due in accordance with Local Rule 230 and the new January 24, 2014, hearing date.

Accordingly, IT IS HEREBY ORDERED that the parties' stipulation is GRANTED in part, and the December 16, 2013 hearing is VACATED and RESET for January 24, 2014.

IT IS SO ORDERED.

Dated:   November 25, 2013

SENIOR  DISTRICT  JUDGE