UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ST. CLAIR,<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A., MORTGAGE ELECTRONIC REISTRATION SYSTEMS, INC. AND U.S. BANK, N.A., AS TRUSTEE FOR WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATIONS, WMALT SERIES 2007-OA3,<br><br>Defendants. | CASE NO. 1:13-CV-1317 AWI BAM<br><br>ORDER VACATING JANUARY 27, 2014 HEARING DATE AND TAKING MATTER UNDER SUBMISSION |

Defendants have filed motions to dismiss the complaint.  These motions are currently set to be heard on January 24, 2014.  The Court has reviewed the papers and has determined that these motions are suitable for decision without oral argument.  ~~See~~ Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of January 27, 2014, is VACATED, and the parties shall not appear at that time.  As of January 27, 2014, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   January 23, 2014                    _____
                                              SENIOR  DISTRICT  JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28