LOCKE LORD LLP
Regina J. McClendon (SBN 184669)
rmcclendon@lockelord.com
Sally W. Mimms (SBN 276093)
smimms@lockelord.com
44 Montgomery Street, Suite 4100
San Francisco, CA  94104
Telephone:     415-318-8810
Facsimile:      415-676-5816

Attorneys for Defendants
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and U.S. BANK, N.A., AS TRUSTEE FOR WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES, WMALT SERIES 2007-OA3

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ST. CLAIR, | CASE NO. 1:13-cv-01317-AWI-BAM |
| Plaintiff, | District Judge Anthony W. Ishii |
| | Magistrate Judge Barbara A. McAuliffe |
| v. | |
| JPMORGAN CHASE BANK, N.A., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AND U.S. BANK, N.A., AS TRUSTEE FOR WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES, WMALT SERIES 2007-OA3 | **STIPULATION AND ORDER TO CONTINUE INITIAL SCHEDULING CONFERENCE** [L.R. 143] **New Scheduling Conference** Date:   June 2, 2014 Time:   9:00 AM Department 8 (BAM) |
| Defendant(s). | |

Plaintiff Richard St. Clair ("Plaintiff"), defendants Mortgage Electronic Registration Systems, Inc. and U.S. Bank, N.A., as Trustee For Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2007-OA3, and defendant JPMorgan Chase Bank, N.A. ("Chase") hereby respectfully stipulate and request that the initial scheduling conference currently set for April 21, 2014 at 9:30 a.m. in front of Magistrate Judge Barbara A. McAuliffe (*see* Dkt. 35) be continued to June 2, 2014 at 9:30 a.m. or such later date as the Court prefers.

1

*Richard St. Clair v. JPMorgan Chase Bank, N.A., et al.*, Case No. 1:13-cv-01317-AWI-BAM

The parties so stipulate and request because Defendants have filed motions to dismiss that were taken under submission by the Court's order of January 21, 2014 (*see* Dkt. 34).  Until those motions are resolved, it is unclear what claims and theories are properly at issue in this case.  Accordingly, the parties submit that the Court's and the parties resources would be conserved by continuing the date of the initial scheduling conference, and the deadlines triggered by that date, until the motions have been resolved.

**IT IS SO STIPULATED.**

Dated:  April 1, 2014

LOCKE LORD LLP

By:   */s/ Sally W. Mimms*
          Sally W. Mimms
Attorneys for Defendants
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and U.S. BANK, N.A., AS TRUSTEE FOR WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES, WMALT SERIES 2007-OA3

KEESAL, YOUNG & LOGAN

By:   */s/ John Cox*   (as authorized per L.R. 131(e) on March 31, 2014)
          John Cox
Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

LAW OFFICES OF CHARLES T. MARSHALL

By:   */s/ Charles T. Marshall*   (as authorized per L.R. 131(e) on March 31, 2014)
          Charles T. Marshall
Attorneys for Plaintiff
RICHARD ST. CLAIR

**ORDER**

Pursuant to the stipulation of the parties, and for good cause shown, the initial scheduling conference currently set for April 21, 2014 is continued to **June 2, 2014 at 9:00 a.m. in Courtroom 8** in front of Magistrate Judge Barbara A. McAuliffe.  The joint scheduling conference report shall be due one week in advance, on or before May 26, 2014.

IT IS SO ORDERED.

Dated:   **April 1, 2014**              /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE