1  JOHN COX, CASB No. 197687
   JESSICA LUHRS, CASB No. 284846
2  KEESAL, YOUNG & LOGAN
   A Professional Corporation
3  450 Pacific Avenue
   San Francisco, California  94133
4  Telephone:    (415) 398-6000
   Facsimile:    (415) 981-0136
5
   Attorneys for Defendant
6  JP MORGAN CHASE BANK, N.A.

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11 | RICHARD ST. CLAIR,                              ) Case No. 1:13-CV-01317-AWI-BAM
                                                    )
12 |                              Plaintiff,        ) **STIPULATION AND ORDER TO**
                                                    ) **CONTINUE INITIAL SCHEDULING**
13 |         vs.                                    ) **CONFERENCE**
                                                    )
14 | JP MORGAN CHASE BANK, N.A.,                    ) Barbara A. McAuliffe
     MORTGAGE ELECTRONIC REGISTRATION               ) U.S. Magistrate Judge
15 | SYSTEMS, INC. AND U.S. BANK, N.A. AS           )
     TRUSTEE FOR WASHINGTON MUTUAL                  ) Date:    June 2, 2014
16 | MORTGAGE PASS-THROUGH                          ) Time:    9:00 a.m.
     CERTIFICATES WMALT SERIES 2007-OA3.,           ) Place:   Dept. 8, 6th Floor
17 |                                                )
                                  Defendant(s).     )
18 |                                                )

19

20         Plaintiff RICHARD ST. CLAIR ("Plaintiff") and Defendants JPMORGAN CHASE

21 BANK, N.A. ("Chase"), MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

22 ("MERS"), AND U.S. BANK, N.A. AS TRUSTEE FOR WASHINGTON MUTUAL MORTGAGE

23 PASS-THROUGH CERTIFICATES WMALT SERIES 2007-OA3 ("U.S. Bank") (collectively,

24 "Defendants") (Plaintiff and Defendants may be collectively referred to as the "Parties"), by and

25 through their counsel of record, hereby stipulate and request that the initial scheduling conference

26 currently set for June 2, 2014 at 9:00 a.m. before Judge Barbara A. McAuliffe be continued to July 7,

27 2014 at 9:00 a.m. or such other date as may be convenient for the court.

28
                                              - 1 -                                 KYL_SF641025
   STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL SCHEDULING CONFERENCE – Case No.
   1:13-CV-01317-AWI-BAM

The Parties so stipulate and request because Defendants have filed motions to dismiss Plaintiff's Complaint that were taken under submission on January 21, 2014.  Until those motions are resolved, it is unclear what claims and theories are properly at issue in this case.  Accordingly, the parties submit that the Court's and the parties' resources would be conserved by continuing the date of the initial scheduling conference, and the deadlines triggered by that date, until the motions have been resolved.

**IT IS SO STIPULATED.**

Dated:  May 23, 2014        LOCKE LORD LLP

By:   /s/ Sally W. Mimms    (as authorized on May 21, 2014)
        Sally W. Mimms
Attorneys for Defendants
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and U.S. BANK, N.A., AS TRUSTEE FOR WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES, WMALT SERIES 2007-OA3


KEESAL, YOUNG & LOGAN

By:   /s/ Jessica Marie Luhrs
        Jessica Marie Luhrs
Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.


LAW OFFICES OF CHARLES T. MARSHALL

By:   /s/ Charles T. Marshall   (as authorized on May 21, 2014)
        Charles T. Marshall
Attorneys for Plaintiff
RICHARD ST. CLAIR

**ORDER**

The Scheduling Conference is continued from June 2, 2014 to **Tuesday, July 29, 2014 at 8:30 a.m.** before Judge McAuliffe in Courtroom 8.  The parties may request to advance the Scheduling Conference should an Order of the Motion to Dismiss be issued.
IT IS SO ORDERED.

Dated:   **May 23, 2014**            /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE