UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ST. CLAIR,<br><br>           Plaintiff,<br><br>     v.<br><br>JP MORGAN CHASE BANK, N.A., MORTGAGE ELECTRONIC SYSTEMS, INC.,  U.S. BANK, N.A., AS TRUSTEE FOR WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES, WMALT SERIES 2007-OA3<br><br>           Defendants.                          / | **NEW CASE NO. 1:13-cv-1317-BAM**<br><br>ORDER ASSIGNING CASE<br>RE PRESIDING JUDGE<br><br>Old Case No.  1:13-cv-1317 AWI-BAM |

IT IS HEREBY ORDERED that the above-entitled action be assigned to the docket of Judge BARBARA A. MCAULIFFE as Presiding Judge of the above entitled action.  Plaintiff Richard St. Clair filed his consent on August 5, 2014 and Defendants MERS/U.S. Bank, N.A., and JP Morgan Chase Bank, N.A., filed their consents on August 4, 2014 and August 8, 2014, respectively, under Title 28, U.S.C. Sec. 636(c)(1) to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment. *See* (Docs. 44, 46, 47).

All future pleadings shall be numbered as follows:

**1:13-cv-1317-BAM**

IT IS SO ORDERED.

Dated:   August 18, 2014                                    _____

                                                                              SENIOR  DISTRICT  JUDGE

1