# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| RICHARD ST. CLAIR ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JPMORGAN CHASE BANK, N.A., ) <br> MORTGAGE ELECTRONIC ) <br> REGISTRATION SYSTEMS, INC. AND ) <br> U.S. BANK, N.A., AS TRUSTEE FOR ) <br> WASHINGTON MUTUAL MORTGAGE ) <br> PASS-THROUGH CERTIFICATES, ) <br> WMALT SERIES 2007-OA3 ) <br> ) <br> ) <br> ) <br> ) <br> Defendant(s). ) <br> ) <br> ) <br> _____ ) | Case No.: 1:13-cv-01317-BAM <br><br><br><br><br><br><br> **ORDER DISMISSING CASE** <br><br> **ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THIS CASE** |

   Pursuant to the Notice of Voluntary Dismissal filed by Plaintiff on November 6, 2014 (Doc. 52), this action is DISMISSED pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

   Dated:   **November 7, 2014**          /s/ Barbara A. McAuliffe            
                                         UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2